UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MALIK M. JUSTIN,<br><br>          Plaintiff,<br><br>    v.<br><br>JOE BRENTON BARON,<br><br>          Defendant. | Case No. 25-cv-03482-VKD<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED** |

On May 5, 2025, the Court issued an order screening Mr. Justin's complaint, staying service of process, and directing him to file an amended complaint by June 5, 2025. Dkt. No. 4. The order stated that "[i]f Mr. Justin fails to file an amended complaint in time, or if the amended complaint fails to cure all identified defects described in this order, the Court may issue an order reassigning the case to a district judge with a recommendation that the complaint be dismissed in whole or in part." *Id*. at 1; *see also id*. at 3.

The June 5, 2025 deadline has passed. The docket indicates that Mr. Justin has not filed an amended complaint or any request for an extension of time to do so.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co*., 370 U.S. 626, 629-33 (1962). By **July 2, 2025**, Mr. Justin shall file a written response to this order explaining why this action should not be dismissed for his failure to prosecute this case and to comply with court-ordered deadlines. If Mr. Justin does not respond to this order by the July 2, 2025 deadline, the Court will issue an order reassigning this action to a district judge with a recommendation that the

///

1  complaint be dismissed without prejudice for failure to prosecute and/or to follow court orders.

2  **IT IS SO ORDERED.**

3  Dated: June 11, 2025

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge